UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GREEN MOUNTAIN HOLDINGS MKV (CAYMAN) LTD,

               Plaintiff,

-against-

ADAM B. TANTLEFF, BOARD OF MANAGERS OF 220 RIVERSIDE BOULEVARD AT TRUMP PLACE CONDOMINIUM, PALE HORSE REALTY, LLC,

               Defendant(s).
-------------------------------------------------------------X

21-cv-07002-

PROPOSED ORDER TO SHOW CAUSE FOR A DEFAULT JUDGMENT OF FORECLOSURE AND SALE

      Upon the annexed supporting Declaration of Avi Mermelstein, dated May 11, 2022, and upon consideration of Defendant Pale Horse Realty, LLC's request for a Judgment of Foreclosure and Sale pursuant to Rule 55 of the Federal Rules of Civil Procedure and RPAPL Sections 1351 (3) and 1354 (3), plaintiff and defendants Adam B. Tantleff and Board of Managers of 220 Riverside Boulevard at Trump Place Condominium are hereby ORDERED TO SHOW CAUSE before this Court on _____, 2022 at _____ o'clock in the _____ of that day, or as soon as the parties to this proceeding may be heard, why an Order should not be issued: (i) entering a judgment of foreclosure and sale on behalf of Plaintiff against Defendants for failure to answer or otherwise move with respect to the complaint herein and (ii) and directing payment of the indebtedness due upon the mortgage held by Pale Horse Realty, LLC from surplus, after payment to the plaintiff;

      Sufficient reason appearing therefore, let service of a copy of this Order and a copy of the papers on which it is granted be made upon Defendants Adam B. Tantleff and Board of Managers

of 220 Riverside Boulevard at Trump Place Condominium at the address by which each was served with a copy of the complaint by Federal Express on before the _____ day of _____, be deemed good and sufficient service upon those defendants and the filing of this Order and the supporting papers via ECF be deemed good and sufficient service upon Plaintiff. Objections to the relief requested herein, or answering papers, if any, shall be filed via ECF by the _____ day of _____, 2022.

Dated:   New York, New York

_____, 2022

_____
The Honorable Mary Kay Vyskocil
United States District Court Judge