**THE MARGOLIN & WEINREB LAW GROUP LLP**
ATTORNEYS AT LAW

165 Eileen Way, Suite 101
Syosset, New York 11791

T. (516) 921-3838
F. (516) 921-3824
www.nyfclaw.com

ALAN WEINREB, ESQ.   C. LANCE MARGOLIN, ESQ.   CYNTHIA A. NIERER, ESQ.

December 6, 2022

<u>Via ECF</u>
Hon. Judge Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   <u>Green Mountain Holdings (Cayman) Ltd. v. Tantleff, et. al., 1:21-cv-7002-MKV</u>

Dear Judge Vyskocil,

  We represent Plaintiff Green Mountain Holdings (Cayman) Ltd. ("Plaintiff"), in the above-referenced matter. Please accept this letter in response to the Order to Show Cause filed on November 22, 2022 [Docket No. 43], in which Your Honor ordered Plaintiff to show cause why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b) as a result of Plaintiff's delay in filing its renewal Motion[1] forthwith after Plaintiff's request to dismiss Defendant Board of Managers of 220 Riverside Boulevard at Trump Place Condominium was granted on October 19, 2022 [Docket No. 42].

  Plaintiff wishes to advise the Court that the reason that Plaintiff did not immediately proceed with filing a renewal Motion for default judgment is that Plaintiff was attempting to resolve the action with non-appearing Defendant Tantleff.[2] In order to preserve the Court's resources, and so as not to unnecessarily increase the amounts ultimately due to Plaintiff should resolution not be reached, Plaintiff held off in filing its renewal motion. We apologize for not proceeding sooner with the renewal Motion. At this time, settlement has not been reached. However, Plaintiff leaves the possibility open and will immediately advise the Court should the case be resolved.

---

[1] Plaintiff's renewal Motion for default judgment of foreclosure and sale is being filed simultaneously herewith.
[2] Often in foreclosure actions, borrowers do not appear but may still seek to work out a resolution with the Plaintiff if possible.

**WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

The Margolin & Weinreb Law Group, LLP may be a debt collector attempting to collect a debt and any information obtained may be used for that purpose. If you are in a pending bankruptcy proceeding, The Margolin & Weinreb Law Group, LLP will take no action, except as allowed under the Bankruptcy Code. If you received a Chapter 7 discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement against the collateral property.

  

Counsel is understanding of the Court's need to move cases expeditiously. We are also aware of the Court's desire to have cases resolved if at all possible. As Plaintiff's request to dismiss Defendant Board of Managers of 220 Riverside Boulevard at Trump Place Condominium was granted less than five weeks before Your Honor's Order to Show Cause, and no parties have been prejudiced by the filing of the renewal Motion at this juncture, we respectfully request that Your Honor allow Plaintiff's action to proceed with its filing of the renewal Motion for default judgment. We will be mindful of Your Honor's wishes to move this case swiftly moving forward.

We thank the Court for its review of our submission.

    Respectfully,

    /s/ Alan H. Weinreb
    Alan H. Weinreb, Esq.